IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          CASE NO. 1:11-cv-00060-MP-GRJ

WILLIAM J DICKERT,

    Defendant.

_____/

## O R D E R

Pursuant to the Court's October 31, 2012 Order, doc. 33, a final pretrial conference was scheduled for April 9, 2012. Because there is a motion for summary judgment pending before the Court as well as other motions relating to discovery the final pretrial conference on April 9, 2012 is cancelled and will be reset, if necessary, by separate notice after the pending motions are resolved.

**DONE AND ORDERED** this 30th day of March, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge