IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                       CASE NO. 1:11-cv-00060-MP-GRJ

WILLIAM J DICKERT,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 24, 2012. (Doc. 75). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The United States' Motion For Summary Judgment Against William J. Dickert (Doc. 35) is GRANTED.
3. Defendant's Motion For Summary Judgment (Doc. 65) is DENIED.
4. The United States' Motion to Strike Exhibit 1 to the Declaration of William Dickert (Doc. 52) is GRANTED.

**DONE AND ORDERED** this *27th* day of March, 2013

                                    *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge